# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARGARET ROBERTS**<br>　　　　　　　　　　Plaintiff,<br><br>**v.**<br><br>**MCCORMICK TAYLOR INC.**<br>　　　　　　　　　　Defendant. | **CIVIL ACTION**<br><br>**NO. 23 -0503** |

## ORDER

**AND NOW** this 3ʳᵈ of July, 2023, for reasons stated in the foregoing Memorandum, it is hereby **ORDERED**:

1. Defendant's Motion to Dismiss (ECF 9) is **DENIED**.

　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　**/s/ MICHAEL M. BAYLSON**
　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**